FILED

APR 2 9 2016

CLERK, U.S. DISTRICT COURT

SEALED

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

4:16MJ78

I, Heather Call, being first duly sworn state:

1.    Your affiant, Heather Call, employed with the Newport News Police Department (NNPD) since June, 2004, and more specifically with the Special Victims Unit since July, 2011. This assignment has afforded me the opportunity to investigate and/or arrest and prosecute numerous individuals for crimes relating to the neglect and abuse of children in violation of the Virginia (VA) State Code.  I have previously been involved in criminal investigations concerning violations of federal laws.  Those investigations included, but are not limited to, child exploitation and child pornography.  Since joining the NNPD your affiant has attended specialized training courses in child/adolescent interviewing, human trafficking, identifying and seizing electronic evidence, and computer forensic, recovery, and social site investigations.

2.    I am currently assigned as a Master Police Detective with the Newport News Police Department, Criminal Investigations Division, Special Victims Unit, as well as a Task Force Officer (TFO) assigned to the Federal Bureau of Investigation, Norfolk Division Child Exploitation Task Force.  I have participated in investigations involving sexual assaults, pedophiles, preferential child molesters, persons who collect and distribute child pornography, and the importation and distribution of materials relating to the sexual exploitation of children.  I have received training from the FBI in the areas of sexual assaults and child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media.  I have also discussed and reviewed these materials with other law enforcement officers.

1

3.      I was deputized as a Special Deputy United States Marshal on June 16, 2014.  As a Special Deputy United States Marshal, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4.      This affidavit supports an application for a criminal complaint charging LARRY DEAN DROMMERHAUSEN with Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a).  Title 18, United States Code, Section 2251(a) states that any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce…with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct shall be punished.

## FACTS AND CIRCUMSTANCES

5.      This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause to believe that LARRY DEAN DROMMERHAUSEN has committed a violation of Title 18, United States Code, Section 2251(a).

2

## STATUTORY AUTHORITY

6.     This investigation concerns an alleged violation of Title 18 United States Code, Section 2251(a) regarding certain activities relating to material involving the sexual exploitation of minors.  Title 18, United States Code, Section 2251(a) states in pertinent part:

Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce…with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct shall be punished.

The terms "child pornography" and "sexually explicit conduct" are defined in Title 18, United States Code, Sections 2256(8) and (2).  The term "child pornography" is defined as "any visual depiction…..of sexually explicit conduct."  The term "sexually explicit conduct" means actual or simulated:

sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the genitals or pubic area of any person.

7.     The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

3



## FACTS AND CIRCIMSTANCES

8. From November 1, 2015 to December 27, 2015, TFO Call, while working in an undercover capacity, accessed the Internet and connected to the eMule network using a law enforcement client program, used to monitor the trafficking of child pornography occurring over P2P networks. TFO Call is familiar with P2P file-sharing networks and programs, specifically the operation of the eMule network. TFO Call focused the investigation on a device at IP address 100.4.104.68, because it was associated with files of investigative interest. TFO Call downloaded five files of suspected child pornography from the device at IP address 100.4.104.68. Your affiant viewed the completed files and a sampling is described as follows:

    a. A video file named,

        "PTHC JrH55 (cum inside pedo pussy!!!)_juicy preteen fuck_dont miss!!!.mpg" is approximately five minutes and fifty five seconds in length. The video begins with a male masturbating a prepubescent female overtop of her underwear. The male removes the female's underwear and continues masturbating her. The male inserts his penis into the female's vagina and engages in sexual intercourse.

    b. A video file named,

        "(~pthc center~) (opva) (2014) The sexiest 7yo ever SANY3611.AVI" is approximately four minutes and fifty two seconds in length. The video begins with a prepubescent female lying with her legs open. The camera zooms in on her vagina. The female turns over and uses her hands to hold

open her buttocks.   The female engages in genital to genital sexual intercourse with the male.  The female also performs oral sex on the male.

c.  A video file named,

"Arina 2 (Lolitalover84) Lolitazoom.avi" is approximately five minutes and eight seconds in length.  The video begins with the words "Arina Dreams" in the upper right corner.  A prepubescent female on the couch removes her clothes.  The female masturbates herself while displaying her genitals.

d.  A video file named,

"8Yr Gets Fucks Every Way Possible !!!!!!!1 Pthc – 8Yo Jho – Anal.mpg" is approximately forty nine mintes and seventeen seconds in length.  The video begins with writing on the screen stating "Jack h'Off Sick Daze."  A juvenile female is sitting with her legs open and a person inserts a white object into her vagina.  The video switches to a prepubescent female masturbating herself while a male masturbates himself and inserts his fingers into her mouth.  The video switches to a prepubescent female performing oral sex on an adult male while the male masturbates the female.

e.  A video file named,

"Jho – Majes (Pthc) little baby suck blowjob penetration 10 yo russian.mpg" is approximately forty seven minutes and forty two seconds in length.  The video begins a young female juvenile getting into a car

5

from a field.  The female then removes her clothes.  The video switches to a prepubescent female masturbating herself.  The video switches to a prepubescent female engaging in genital to genital sexual intercourse with a male.

9.      During the downloading of the above files, TFO Call confirmed all above-described child pornography files were downloaded from the same IP address.

10.     On February 5, 2016, TFO Call served an administrative subpoena on Verizon for information related to IP Address 100.4.104.68 during the time frame of the downloads mentioned in paragraph 8.      Verizon identified the customer as LARRY DEAN DROMMERHAUSEN of a specific address on Darlene Lane, Newport News, Virginia.  The records further indicated that the account has been active since September 25, 1992.

11.     On March 3, 2016, your affiant served a grand jury subpoena on Virginia Dominion Power for information related to a specific address on Darlene Lane, Newport News, Virginia.      Virginia Dominion Power identified the customer as LARRY DEAN DROMMERHAUSEN of Darlene Lane, Newport News, Virginia.  The records show billing information from March 11, 2015, to March 2016.

12.     On March 31, 2016, TFO Call met with the Honorable Magistrate Judge Douglas Miller and obtained a federal search warrant for the home of LARRY DEAN DROMMERHAUSEN as reference in paragraphs 10 and 11.

13.     On April 4, 2016, the federal search warrant was executed at the home of LARRY DEAN DROMMERHAUSEN by agents from the Federal Bureau of Investigation and Homeland Security Investigations.

14.   On April 4, 2016, LARRY DEAN DROMMERHAUSEN was present during the search warrant execution and agreed to speak with SA Paul Wolpert and TFO Call. DROMMERHAUSEN was advised of his *Miranda* rights and told several times he was not under arrest.  The following is a summary of his interview:

    a.   Drommerhausen stated he owns a business that installs regular and hidden cameras.

    b.   SA Wolpert asked Drommerhausen if he has ever seen child pornography. Drommerhausen stated he had seen child pornography on hidden camera forums online.

    c.   Drommerhausen stated he uses the peer to peer file trading program on the computer called Shareazza.

    d.   Drommerhausen stated he and his wife adopted their one grandson who lives with them in the residence.  In addition, he has one granddaughter and three step-grand children.  He has also been a foster parent for numerous children over the years that had been physically or sexually abused.

    e.   Drommerhausen stated he has been looking at child pornography for a couple of years.  He initially looked at adult pornography then became interested in the hidden cameras.  Drommerhausen stated, "It snowballed from there."  He looked at child pornography for the adrenaline rush and it appealed to him because it was forbidden.

7

    f.  Drommerhausen advised he was hired by the owner at a local business to install a hidden camera to catch employees taking money from the cash register. Drommerhausen denied placing any hidden cameras in his residence.

    g.  Drommerhausen stated he uses the computer in the shed to view child pornography. He advised his wife and children do not go into the shed. His grandchildren will occasionally use the computer in the shed, but he is always there monitoring their activity.

15.   On April 4, 2016, during the execution of the federal search warrant, numerous electronic items were seized from the residence of LARRY DEAN DROMMERHAUSEN, to include a Dell Inspiron CPU with serial number 9732266569. While searching the shed that serves as office space for Drommerhausen, agents located what appeared to be a "Barbasol" shaving cream can. Further inspection of the can revealed the bottom of the can was magnetized allowing the base to detach. The can was hollowed out with a pin hole in the "O" letter of the word "Original."

16.   Computer Forensic Analyst Rudy Jones examined the Dell Inspiron CPU with serial number 9732266569. Mr. Jones located images and a video of child pornography that appeared to be home made. TFO Call reviewed these images and video and they are described below:

    a.  A video file titled "AL.avi." This video is 14 minutes 25 seconds in length. The video features a prepubescent nude female taking a shower. During this video, the prepubescent female's genitals are exposed to the camera. The angle of the camera suggests the camera was placed higher than the child as the view

8

is a downward angle. The camera is placed at one end of the bathtub with the area around the shower knob, faucet, and drain in view of the camera. The shower curtain contains the images of numerous colorful fish. This female juvenile will be referred to as Jane Doe 1.

b. An image file titled "0b6abe24-5889-41b5-b0a7-8ba582239223.jpg." This image appears to be in the same shower and location as described in Paragraph 16 (a). This image features a nude juvenile female taking a shower. This female juvenile appears to be different from the juvenile described in Paragraph 16 (a) and will be referred to as Jane Doe 2.

c. An image file titled "0b6abe24-5889-41b5-b0a7-8ba582239223_t.jpg." This image appears to be the face portion only of the image described in Paragraph 16 (b).

d. An image file titled "{DB78D69F-83FD-4205-96E3-FE929DE047D2}- My A40 (1).jpg. This image features what appears to be a female juvenile sitting on the lower bed of a bunk bed set. The female juvenile appears to be taking off her shirt. She is wearing only pants and socks, exposing her breasts.

17. On April 25, 2016, TFO Call reviewed DROMMERHAUSEN's Facebook page, as well as other family members Facebook pages, and observed a female juvenile who appeared to be the same female juvenile as Jane Doe 1. The first name of the female juvenile was listed on the Facebook page.

18. On April 25, 2016, TFO Call made contact with the NNPD School Resource Officer (SRO) William Zins and inquired about a student with the same first name as was listed



on the Facebook page.  TFO Call advised SRO Zins that Drommerhausen might be a grandparent of the female juvenile.  SRO Zins located a female juvenile in the Newport News Public School System with the same first name as listed on the Facebook page and has a grandparent listed as Larry Drommerhausen.

19.    Your affiant was able to locate on the Internet an advertisement for a "Barbasol" can that was specifically designed to hide a camera. The advertisement calls it a "Shaving Cream Pinhole Spy Camera DVR HD."  This can appears to be the same "Barbasol" located in the shed of Larry Drommerhausen's home as referenced in paragraph 15.

## CONCLUSION

20.    Based upon the facts set forth above, I submit that probable cause exists to believe LARRY DEAN DROMMERHAUSEN has violated Title 18, United States Code, Section 2251(a), which prohibits any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce…with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct shall be punished.

FURTHER YOUR AFFIANT SAYETH NOT.

Heather Call
Special Deputy United States Marshal
FBI Child Exploitation Task Force
Federal Bureau of Investigation

10

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Lisa R. McKeel.

Reviewed: _____

Lisa R. McKeel
Assistant United States Attorney

Subscribed and sworn to before me this 29th day of April 2016, in the City of Norfolk, Virginia.

_____
UNITED STATES MAGISTRATE JUDGE

11